Filed October 10, 1895.

---

No. 17,137.

STATE, EX REL. GOWEN ET AL., *v.* JACKSON ET. AL.

142  259
145  644
147  305
142  259
152  555
142  259
164  215

PLEADING.—*Filing Amended Pleading.—Waiver.*—The filing of an amended pleading waives any error committed in rulings upon such pleading.

From the Lawrence Circuit Court.

*Duncan & Batman* and *J. A. Zaring*, for appellants.

HACKNEY, J.—The appellants were plaintiffs in the suit below, and after the trial court had sustained the demurrer to their complaint, they filed an amended complaint, upon which further proceedings were had. The only ruling of the circuit court assigned here as error is that above mentioned. The filing of an amended pleading not only takes from the record the original pleading, but waives any error which may have been committed in rulings upon such pleading. *Johnson* v. *Conklin*, 119 Ind. 109; *Kennedy* v. *Anderson*, 98 Ind. 151; *Conley* v. *Dibber*, 91 Ind. 413; *State, ex rel.*, v. *Hay*, 88 Ind. 274; *Berghoff* v. *McDonald*, 87 Ind. 549; *Eshelman* v. *Snyder*, 82 Ind. 498; *Miles* v. *Buchanan*, 36 Ind. 490; *Earp* v. *Commissioners, etc.*, 36 Ind. 470;

*Aiken* v. *Bruen,* 21 Ind. 137 ; *Patrick* v. *Jones,* 21 Ind. 249 ; Elliott App. Proced. 595, 683 ; *Gowen* v. *Gilson,* 142 Ind.328, at this term.

The record presents no error, and the judgment of the lower court is affirmed.

